UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00155-HZ |
| v. | INFORMATION |
| RICHARD TIMOTHY HERNANDEZ, | 18 U.S.C. § 1361 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Destruction of Government Property)**
**(18 U.S.C. § 1361)**

On or about March 13, 2021, RICHARD TIMOTHY HERNANDEZ willfully damaged and destroyed, and attempted to damage or destroy, property owned by the United States, that is, glass windows of the Mark O. Hatfield United States Courthouse, which damage exceeds $1000;

In violation of 18 U.S.C § 1361.

**COUNT 2**
**(Destruction of Government Property)**
**(18 U.S.C. § 1361)**

On or about March 20, 2021, RICHARD TIMOTHY HERNANDEZ willfully damaged and destroyed, and attempted to damage or destroy, property leased by the United States, that is,

glass windows of the Portland Field Office of Immigration Customs Enforcement, which damage exceeds $1000;

In violation of 18 U.S.C §1361.

**COUNT 3**
**(Destruction of Government Property)**
**(18 U.S.C. § 1361)**

On or about April 1, 2021, RICHARD TIMOTHY HERNANDEZ willfully damaged and destroyed, and attempted to damage or destroy, property owned by the United States, that is, glass windows of the Mark O. Hatfield United States Courthouse, which damage exceeds $1000;

In violation of 18 U.S.C § 1361.In violation of 18 U.S.C §1361(a).

DATED: April 27, 2022.
                SCOTT ERIK ASPHAUG
                United States Attorney

                */s/ Gregory R. Nyhus*
                GREGORY R. NYHUS, OSB #913841
                Assistant United States Attorney