IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>Richard Timothy HERNANDEZ,<br><br>                Defendant. | 3:22-cr-00155-HZ<br><br>WAIVER OF ARRAIGNMENT<br>PURSUANT TO FED. R. CRIM. P. 10(b) |

      Defendant Richard Hernandez, by and through his counsel of record Benjamin Andersen, hereby files this waiver of arraignment pursuant to Federal Rule of Criminal Procedure 10(b).

      By his signature below, defense counsel certifies that defendant has received a Waiver of Indictment and the Information filed in this case on April 27, 2022; that defendant knows and understands the accusations against him; and that defendant is aware that he is entitled to be arraigned in open court. Defense counsel further certifies that defendant waives his right to be present in open court for arraignment, the right to a reading of the Information or the stating of the substance of the charge in open court, and that defendant enters pleas of Not Guilty.

      Prior to filing, defense counsel provided the Government a copy of this notice. Defense counsel certifies that the Government does not object to this waiver.

      Defendant respectfully requests that the Court accept this waiver and the concurrently filed Waiver of Indictment, and schedule this matter for a two-day trial.

      Dated this 4th of May 2022.

Respectfully submitted,

_____
Benjamin Andersen

(COURT USE ONLY)

IT IS ORDERED that defendant's Waiver of Arraignment pursuant to Fed. R. Crim. P. 10(b) is accepted and Not Guilty pleas are entered on behalf of defendant.

DATED this 4th day of May 2022.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge