UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:22-cr-00155-HZ |
| v. | SUPERSEDING INFORMATION |
| RICHARD TIMOTHY HERNANDEZ, | 18 U.S.C. § 1361 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1
(Destruction of Government Property)
(18 U.S.C. § 1361)

On or about March 13, 2021, RICHARD TIMOTHY HERNANDEZ willfully damaged and destroyed, and attempted to damage or destroy, property owned by the United States, that is, glass windows of the Mark O. Hatfield United States Courthouse;

In violation of 18 U.S.C §1361.

DATED: July 7, 2022.    SCOTT ERIK ASPHAUG
United States Attorney


*/s/ Gregory R. Nyhus*
GREGORY R. NYHUS, OSB #913841
Assistant United States Attorney